UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*

ANDREW STANTON,                            Case No: 2:25-MJ-510

    *Defendant.*

## NOTICE OF APPEARANCE OF JOHN H. BRADLEY

PLEASE TAKE NOTICE that Strang Bradley, LLC, by John H. Bradley, has been retained as counsel for Andrew Stanton in the above-captioned action and hereby requests that all pleadings and other documents to be filed with the Court be served on counsel via the ECF Filing System.

Dated at Madison, Wisconsin, October 15, 2025.

                                                       STRANG BRADLEY, LLC

                                 By:     /s/ John H. Bradley
                                               John H. Bradley
                                               Wisconsin Bar No. 1053124
                                               STRANG BRADLEY, LLC
                                               613 Williamson St., Suite 204
                                               Madison, WI 53703
                                               (608) 535-1550
                                               John@StrangBradley.com